# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KESHA L. MASON  
109 EAST CLOVER AVENUE  
CORTLAND, IL  60112  

SSN-xxx-xx-3579

Case Number: 08-70702

Case filed on: 3/10/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,533.80     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KESHA L. MASON | 0.00 | 0.00 | 2,436.25 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,436.25 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 17,044.42 | 0.00 | 0.00 | 0.00 |
| 002 | GREAT AMERICAN FINANCE CO | 1,500.00 | 1,500.00 | 38.22 | 51.78 |
|  | Total Secured | 18,544.42 | 1,500.00 | 38.22 | 51.78 |
| 002 | GREAT AMERICAN FINANCE CO | 1,034.25 | 103.42 | 0.00 | 0.00 |
| 003 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 1,451.45 | 145.14 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 1,202.14 | 120.21 | 0.00 | 0.00 |
| 007 | BROTHER LOAN & FINANCE COMPANY | 221.63 | 22.16 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,215.62 | 121.56 | 0.00 | 0.00 |
| 009 | DUPAGE CO CLERK 18TH JUDICIAL CIRCUIT | 1,193.10 | 119.31 | 0.00 | 0.00 |
| 010 | PREMIER BANKCARD/CHARTER | 416.63 | 41.66 | 0.00 | 0.00 |
| 011 | H & R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | H & R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILINOIS LENDING CORP | 546.39 | 54.64 | 0.00 | 0.00 |
| 014 | KNUCKLES, KEOUGH & MOODY, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MERCHANTS CR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SIR FINANCE CORP | 1,472.00 | 147.20 | 0.00 | 0.00 |
| 019 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | EARNESTINE WARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | AFNI/VERIZON | 448.42 | 44.84 | 0.00 | 0.00 |
|  | Total Unsecured | 9,201.63 | 920.14 | 0.00 | 0.00 |
|  | Grand Total: | 27,746.05 | 2,420.14 | 2,474.47 | 51.78 |

Total Paid Claimant:     $2,526.25  
Trustee Allowance:       $7.55  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009           By  /s/Heather M. Fagan